UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REGINALD CLAY, <br><br> Plaintiff, <br><br> v. <br><br> ABSOLUTE RESOLUTIONS CORP. and EXPERIAN, PLC., <br><br> Defendants. | Case No. 1:24-cv-04588 <br><br> Hon. LaShonda A. Hunt |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian"), erroneously sued as "Experian, PLC" hereby certifies that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Parent Companies: The ultimate parent company of Experian is Experian PLC.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian PLC that are not wholly owned and are not publicly traded:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

      (c) New Management Services LLC

      (d) VantageScore Solutions LLC

      (e) Opt-Out Services LLC

3.      Publicly Held Companies: Experian PLC owns 100 percent of Experian. Experian PLC is a Jersey, Channel Islands company, which is publicly traded on the London Stock Exchange with the ticker symbol EXPN. Experian PLC has over 19,000 shareholders. Since July 2016, Experian PLC has been notified on separate occasions that BlackRock, Inc. and Massachusetts Financial Services Company have exceeded 5% holdings in Experian PLC.

Dated: August 16, 2024

Respectfully submitted,

/s/ Emily J. Tujaka

JONES DAY

Emily J. Tujaka, Bar No. 6346600
etujaka@jonesday.com
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Telephone: +1.312.269.4227
Facsimile: +1.312.782.8585

*Counsel for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2024, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ Emily J. Tujaka

JONES DAY

Emily J. Tujaka, Bar No. 6346600
etujaka@jonesday.com
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Telephone: +1.312.269.4227
Facsimile: +1.312.782.8585

*Counsel for Defendant Experian Information Solutions, Inc*